IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03058-GPG

DEWAYNE CELESTINE, Individually and on Behalf of any Other Similarly Situated,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH,
ROGER WERHOLTZ,
TONY CAROCHI,
TOM CLEMENTS, By and Through his Estate,
ARISTEDES ZAVARIS,
JOE ORTIZ, and
JOHN SUTHERS, All in Their Individual and Official Capacities as Executive Directors
    for the C.D.O.C.,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

    ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

    DATED November 17, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                              S/ Gordon P. Gallagher
                                              United States Magistrate Judge