# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  14-cv-03058-LTB-KLM

DEWAYNE CELESTINE, individually and on behalf of any other similarly situated,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH, in his individual and official capacity as Executive Director for CDOC,
ROGER WERHOLTZ, in his individual and official capacity as Executive Director for CDOC,
TONY CAROCHI, in his individual and official capacity as Executive Director for CDOC,
TOM CLEMENTS, in his individual and official capacity as Executive Director for CDOC, by and through his estate,
ARISTEDES ZAVARIS, in his individual and official capacity as Executive Director for CDOC,
JOE ORTIZ, in his individual and official capacity as Executive Director for CDOC, and
JOHN SUTHERS, in his individual and official capacity as Executive Director for CDOC,

    Defendants.
_____

# ORDER
_____

    This case is before me on the recommendation of the Magistrate Judge issued and served on May 1, 2015 (Doc 29).  Plaintiff was mailed a copy of the referenced Order and Recommendation on May 1, 2015.  Said Order and Recommendation was returned to the Court with a label stating "Return to Sender - Refused - Unable to Forward - Return to Sender" (Doc 31 - filed May 12, 2015).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED.

BY THE COURT:

   s/Lewis T. Babcock          
Lewis T. Babcock, Judge

DATED:   May 19, 2015